STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-587 JST |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| HEZEKIAH HOWARD, | |
| Defendant. | |

On January 18, 2023, United States Probation for the Northern District of California submitted an Amended Petition for Warrant for Person Under Supervision that alleged that supervised releasee Hezekiah Howard committed five violations of the conditions of his supervised release:

(1) Howard committed another federal, state, or local crime on July 30, 2022;

(2) Howard participated in gang activity on July 30, 2022;

(3) Howard committed another federal, state, or local crime on January 12, 2023;

(4) Howard owned or possessed firearms, ammunition, destructive devices, or other dangerous devices on January 12, 2023; and

(5) Howard unlawfully possessed controlled substances on January 12, 2023.

This matter came before the Court on January 24, 2023 for a detention hearing. The defendant was present and represented by Harris Taback. Assistant United States Attorney Ajay Krishnamurthy appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 USC § 3143(a)(1), Howard has not met his burden of establishing by clear and convincing evidence that Howard would not flee or pose a danger to any other person or the community. Accordingly, the defendant must be detained pending resolution of these revocation proceedings.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: Howard's alleged conduct on January 12, 2023—specifically, his possession of multiple firearms, large amounts of ammunition, and firearm accessories (and his post-arrest admission to law enforcement officers to possessing those firearms)—is similar to his offenses of conviction, which indicated that Howard had not complied with the prior conditions of his supervised release; Howard was also alleged to have possessed a large amount of marijuana and United States currency; and, as described in the Amended Petition, Howard was the subject of a pending attempted homicide investigation, which still may result in California state charges. In light of the facts described in the Amended Petition, Howard's proposed release plan was not sufficient mitigate the risk of danger to the community. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 30, 2023

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge