STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7534
FAX: (415) 436-7234
Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-CR-00587-JST |
| Plaintiff, | STIPULATED MOTION FOR CONTINUANCE OF HEARING, AND ORDER |
| v. | |
| HEZEKIAH HOWARD, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Leif Dautch, and defendant Hezekiah Howard ("Defendant"), by and through his counsel of record, Harris B. Taback, hereby stipulate as follows:

1.   On January 19, 2023, Defendant had his initial appearance on an amended Form 12 petition alleging that he had violated the terms of his federal supervised release.

2.   Defendant was ordered detained on January 24, 2023, and a hearing was scheduled for February 9, 2023 before the Honorable Donna M. Ryu for status on preliminary revocation hearing. Defendant waived his right to a revocation hearing pending that continued hearing. Since that time, the parties have conferred, and the government has informed the defense that it will produce discovery related to the alleged violations.

3. Once that production is made, the defense will need time to review the materials with the Defendant, and the parties plan to meet again to discuss possible resolution of the case.

4. Accordingly, the parties request that the status regarding preliminary revocation hearing currently scheduled before this Court on February 9, 2023, be continued to March 14, 2023, at 10:30 a.m. before the Honorable Kandis A. Westmore.

**IT IS SO STIPULATED.**

DATE: February 3, 2023                         Respectfully submitted,

                                                STEPHANIE M. HINDS
                                                United States Attorney

                                                */s Leif Dautch*
                                                LEIF DAUTCH
                                                Assistant United States Attorney

DATED: February 3, 2023                         */s Harris B. Taback* (signed with permission)
                                                Harris B. Taback
                                                Counsel for Defendant Hezekiah Howard

## ORDER

The Court has read and considered the Stipulation Regarding Request for Continuance of Hearing filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN: The status hearing in this matter currently scheduled for February 9, 2023 is continued to 10:30 a.m. on March 14, 2023 for status.

IT IS SO ORDERED.

February 6, 2023
DATE                                            HONORABLE DONNA M. RYU
                                                United States Magistrate Judge