ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7534
FAX: (415) 436-7234
Leif.Dautch@usdoj.gov

Attorneys for United States of America

FILED

Apr 24 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. 18-CR-00587-JST |
|---|---|
| Plaintiff, | STIPULATED MOTION FOR CONTINUANCE OF HEARING, AND ORDER |
| v. | |
| HEZEKIAH HOWARD, | |
| Defendant. | |

      Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Leif Dautch, and defendant Hezekiah Howard ("Defendant"), by and through his counsel of record, Harris B. Taback, hereby stipulate as follows:

      1.     On January 19, 2023, Defendant had his initial appearance on an amended Form 12 petition alleging that he had violated the terms of his federal supervised release.

      2.     Defendant was ordered detained on January 24, 2023, and a hearing was scheduled for February 9, 2023 before this Court for status on preliminary revocation hearing. Defendant waived his right to a revocation hearing pending that continued hearing. Since that time, the parties have conferred, and the government has produced discovery related to the alleged violations.

3. The parties are continuing to discuss resolutions of the case and recently received the results of forensic testing that will require additional investigation by both parties.

4. Accordingly, the parties request that the status regarding preliminary revocation hearing currently scheduled before this Court on April 27, 2023, be continued to May 31, 2023, at 10:30 a.m. before the Honorable Kandis A. Westmore.

**IT IS SO STIPULATED.**

DATE: April 21, 2023                     Respectfully submitted,

                                         ISMAIL J. RAMSEY
                                         United States Attorney

                                         */s Leif Dautch*
                                         LEIF DAUTCH
                                         Assistant United States Attorney

DATE: April 21, 2023                     */s Harris B. Taback* (signed with permission)
                                         Harris B. Taback
                                         Counsel for Defendant Hezekiah Howard

## ORDER

The Court has read and considered the Stipulation Regarding Request for Continuance of Hearing filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN: The status hearing in this matter currently scheduled for April 27, 2023 is continued to 10:30 a.m. on May 31, 2023 for status.

IT IS SO ORDERED.

April 24, 2023
DATE                                     HONORABLE DONNA M. RYU
                                         Chief United States Magistrate Judge