ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7534
FAX: (415) 436-7234
Leif.Dautch@usdoj.gov

Attorneys for United States of America

**FILED**

Jun 12 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>HEZEKIAH HOWARD,<br><br>　　　Defendant. | No. 18-CR-00587-JST<br><br>STIPULATED MOTION FOR CONTINUANCE OF HEARING, AND ORDER |

　　　Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Leif Dautch, and defendant Hezekiah Howard ("Defendant"), by and through his counsel of record, Harris B. Taback, hereby stipulate as follows:

　　　1.　　On January 19, 2023, Defendant had his initial appearance on an amended Form 12 petition alleging that he had violated the terms of his federal supervised release. He was detained.

　　　2.　　A status hearing is currently scheduled for June 13, 2023 before the Honorable Donna M. Ryu. Several developments necessitate continuance of that hearing. The defendant has been ill, preventing defense counsel from meeting with him. The defense also requested re-production of discovery in a different format, which the government has prepared and mailed to defense counsel. The parties are still awaiting the results of DNA testing that is being conducted by Alameda County.

3.      Accordingly, the parties request that the status regarding preliminary revocation hearing currently scheduled before this Court on June 13, 2023, be continued to August 1, 2023, at 10:30 a.m. before the Oakland duty magistrate judge.

**IT IS SO STIPULATED.**

DATE: June 12, 2023                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s Leif Dautch*
LEIF DAUTCH
Assistant United States Attorney

DATE: June 12, 2023                    */s Harris B. Taback* (signed with permission)

Harris B. Taback
Counsel for Defendant Hezekiah Howard

## ORDER

The Court has read and considered the Stipulation Regarding Request for Continuance of Hearing filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN: The status hearing in this matter currently scheduled for June 13, 2023 is continued to 10:30 a.m. on August 1, 2023 for status.

IT IS SO ORDERED.

June 12, 2023
DATE

HONORABLE DONNA M. RYU
Chief Magistrate Judge

2